THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOBISSY, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.

(Submitted January 6, 1936; decided January 14, 1936.)

Motion for reargument denied.   (See 268 N. Y. 695.)

FRANCES WHITNEY, Respondent, v. LYRIC-ROCHESTER CORPORATION, Appellant.

(Submitted January 6, 1936; decided January 14, 1936.)

*Asher N. Shapiro* for motion.
*Nicholas J. Weldgen* opposed.
Motion denied, with ten dollars costs.